

ABRAHAM, FRUCHTER & TWERSKY, LLP

October 7, 2015

Via ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *John Olagues v. Carl C. Icahn at al.*, Case Nos. 15-CV-00898; 15-CV-02476; 15-CV-02478

Dear Judge Woods,

I am writing on behalf of John Olagues, Plaintiff in the above-referenced matters. A status conference in these actions is currently scheduled for next Wednesday, October 14, 2015 at 4:00 pm.

As it currently stands, there is a motion to dismiss the operative complaint pending in each action, all of which motions have been fully briefed. There are no other pending deadlines, and discovery has not yet commenced. Given the dispositive nature of the motions and in order to conserve resources for the Court and all involved, I respectfully request that the status conference be adjourned until after the resolution of such motions. I have conferred with counsel for Defendants in these matters, Mr. Herbert Beigel, and he consents to this request.

Respectfully submitted,

/s/ Cassandra Porsch

Cassandra Porsch

cc: All parties via ECF

---

